ANDERSON v. MACKAY. (Circuit Court of Appeals, Second Circuit. November 11, 1895.) No. 630. Error from the Circuit Court of the United States for the Southern District of New York. George Putnam Smith, for plaintiff in error. Robert H. Griffin, for defendant in error. Dismissed on motion.

ASPINWALL v. GLENN. (Circuit Court of Appeals, Second Circuit. October 15, 1891.) No. 313. Appeal from the Circuit Court of the United States for the Southern District of New York. George Zabriskie, for appellant. B. N. Harrison, for appellee. No opinion. Decree affirmed, with costs.

THE BEACONSFIELD. SANBERN v. THE BEACONSFIELD et al. (Circuit Court of Appeals, Second Circuit. June 19, 1895.) No. 432. Appeal from the Circuit Court of the United States for the Southern District of New York. J. Parker Kirlin, for William Libbey. George A. Black, for claimant Elizabeth Cleugh. Sidney Chubb, for libelants. Dismissed by consent.

BRANCHI v. GLENN. (Circuit Court of Appeals, Second Circuit.) No. 314. Appeal from the Circuit Court of the United States for the Southern District of New York. George Zabriskie, for appellant. B. N. Harrison, Charles Marshall, and A. H. Masten, for appellee. No opinion. Decree affirmed, with costs, on opinion in Furnald v. Glenn, 12 C. C. A. 27, 64 Fed. 49.

BROWN et al. v. PRINCE STEAM SHIPPING CO., Limited. HARTMAN v. SAME.[1] (Circuit Court of Appeals, Fifth Circuit. December 1, 1896.) No. 497. Appeal from the District Court of the United States for the Eastern District of Louisiana. Before PARDEE and McCORMICK, Circuit Judges, and SPEER, District Judge.

PER CURIAM. The appeals in the above-entitled consolidated cause were heard shortly prior to the close of the last term, but, owing to the voluminous record and briefs and sickness among the judges, were not then decided. The controlling question is whether the supplies furnished by W. H. Brown Sons to the steamship Moorish Prince, and services rendered by Charles Hartman to the steamship British Prince, were supplies furnished and services rendered respectively on the credit of the ships, or upon contracts with, and on the credit of, the charterers, the Metropolitan Trading Association, Limited, of London. After a careful consideration of the conflicting evidence and of the able briefs and oral arguments submitted, we reach the conclusion that the decrees of the district court dismissing the appellant's libels are in accordance with the preponderance of evidence, and therefore said decrees are affirmed.

BRYSON et al. v. KOONS. (Circuit Court of Appeals, Fourth Circuit. February 12, 1897.) No. 213. Error to the Circuit Court of the United States for the Western District of North Carolina. Moore & Moore, for defendant in error. No opinion. Cause docketed and dismissed on certificate of clerk, pursuant to sixteenth rule; plaintiffs in error having failed to file record by return day of the writ of error.

---

[1] Rehearing denied January 26, 1897.